UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

MILTON EVANS,                                          No. C 11-01520 LB

               Plaintiff,         **ORDER CONTINUING INITIAL**
    v.                                              **CASE MANAGEMENT**
                                             **CONFERENCE**
WESTERN SIERRA ACCEPTANCE,

               Defendant.
_____/

    The court continues the initial case management conference in the above-captioned case from August 11, 2011 to September 29, 2011 at 10:30 a.m.  A joint case management statement is due on September 22, 2011.

    **IT IS SO ORDERED.**

Dated: August 5, 2011

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California