UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

MILTON EVANS,

Plaintiff,

v.

WESTERN SIERRA ACCEPTANCE,

Defendant.

_____________________________________/

No. C 11-01520 LB

ORDER TO SHOW CAUSE

Plaintiff Milton Evans filed a complaint and a motion for leave to proceed *in forma pauperis* on March 29, 2011. *See* Complaint, ECF No. 1; Motion, ECF No. 2.[1] After Evans consented to proceed before a U.S. Magistrate Judge, ECF No. 5, the court granted his motion for leave to proceed *in forma pauperis* on August 4, 2011, ECF No. 6.

On August 29, 2011, the Clerk issued a notice requesting a service address for the Defendant. ECF No. 8. Plaintiff has not responded to the Clerk's Notice, though more than a year has passed. Accordingly, the court ORDERS Evans to show cause why this case should not be dismissed for failure to prosecute. By October 1, 2012, Evans shall file a document with the court providing the address at which the clerk can serve Defendant or otherwise explaining why the court should not dismiss this action for failure to prosecute. If the court does not receive Evans's response by October 1, 2012, it may dismiss Evans's complaint without further notice.

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.



UNITED STATES DISTRICT COURT
For the Northern District of California

**IT IS SO ORDERED.**

Dated: September 13, 2012

LAUREL BEELER
United States Magistrate Judge